# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148829

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CURTIS EDWARD FELTON,
        Defendant-Appellant.

SC: 148829
COA: 319327
Macomb CC: 2012-003359-FC

_____/

      On order of the Court, the application for leave to appeal the January 24, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

      VIVIANO, J., not participating due to a familial relationship with a presiding circuit court judge in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk

s1020